702 A.2d 356

Sylvester Scott GREEN, III, a Minor, by Sylvester Scott GREEN, Jr., and Charlene Green, his Parents and Natural Guardians, and Sylvester Scott Green, Jr., and Charlene Green, in their own right, Petitioners,

v.

Valarie WHITEMAN, M.D., Temple University Hospital, Inc., Irene Magran, M.D., the Lower Bucks Hospital, Stanley John Sliwinski, M.D., Richard L. Turner, D.O., Dr. Nassir, Ashok Kumar Keswani, M.D., Hasan Ozgur Harmanli, M.D., John Doe, M.D. and Jane Doe, M.D., Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Lewis M. Levin, Joseph R. Viola, Philadelphia, for petitioner.

## ORDER

PER CURIAM.

AND NOW this 29th day of October, 1997, the Petition for Allowance of Appeal is **GRANTED**. This matter is **RE-MANDED** to the trial court for further proceedings in accord with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).